JS-6


FILED
CLERK, U.S. DISTRICT COURT
March 3, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 12-1802-SJO(AGRx) |
|---|---|
| Plaintiff, | [PROPOSED] **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| ONE REAL PROPERTY LOCATED IN OCOEE, FLORIDA; AND FIVE SEPARATE REAL PROPERTIES ALL LOCATED IN ORLANDO, FLORIDA, | |
| Defendants. | |
| MACY'S INC. AND MACY'S MERCHANDISING, INC., | |
| Claimants. | |

Pursuant to the stipulation and request of plaintiff United States of America and claimants Macy's Inc. and Macy's Merchandising, Inc. (collectively, "Macy's"), the Court hereby enters this Final Judgment of Forfeiture, based on the following findings:

1. This Court has jurisdiction over the subject matter of this action and the parties consent hereto.

1     2.    The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3     3.    Notice of this action has been given and published as required by law. All potential claimants other than Macy's are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant properties. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

    4.    Macy's has withdrawn its claim to the defendant properties and to the substitute res for the defendant properties.

///

///

///

5. The United States of America shall have judgment as to the interests of Macy's and all other claimants in the substitute res for the defendant properties. The substitute res for the defendant properties is hereby condemned and forfeited to the United States of America, which shall dispose of the substitute res according to law.

DATED: March 3, 2020

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Submitted by,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Brent A. Whittlesey
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA